*Christopher Stefanoni*, pro se, and *Margaret Stefanoni*, pro se, in opposition.

Decided December 22, 2005

## CHRISTOPHER STEFANONI ET AL. *v.* IAN M. DUNCAN

The plaintiffs' petition for certification for appeal from the Appellate Court, 92 Conn. App. 172 (AC 25844), is denied.

*Christopher Stefanoni*, pro se, and *Margaret Stefanoni*, pro se, in support of the petition.

Decided December 22, 2005

## WAVERLY KNIZE *v.* FRANCIS C. P. KNIZE

The defendant's petition for certification for appeal from the Appellate Court (AC 25532) is denied.

*Francis C. P. Knize*, pro se, in support of the petition.

Decided December 22, 2005

## STATE OF CONNECTICUT *v.* DANIEL J. CAMACHO

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 271 (AC 25014), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided January 4, 2006